

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

James Holland,

Vs. No. 11-18-00279-CR

The State of Texas,

* From the 42nd District Court
of Taylor County,
Trial Court No. 26963A.

* November 29, 2018

* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Willson, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.